| Case No. | LA CV 17-08663-DSF (SKx) | Date | May 6, 2019 |
|---|---|---|---|
| Title | P. G. v. City of Long Beach, et al. | | |

#

| Present: The Honorable | DALE S. FISCHER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Renee Fisher | Phyllis Preston |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Robert Spelger | Matthew William Dietz |

**Proceedings:**     **MOTION HEARING (Non-evidentiary)**

    MOTION FOR A PRELIMINARY INJUNCTION ENJOINING DEFENDANT LONG BEACH UNIFIED SCHOOL DISTRICT FROM VIOLATING PLAINTIFF P.G.'S RIGHTS UNDER THE AMERICAN WITH DISABILITIES ACT TITLE II [63]

    The matter is called and counsel state their appearances. The Court questions counsel as stated in court and on the record on above motion and invites counsel to present their oral arguments. Oral arguments by counsel are heard and the matter is taken under submission. A written order will follow.