JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRYIONA GALES,<br>    Plaintiff, | CV 17-8663 DSF (SKx) |
| v. | JUDGMENT |
| CITY OF LONG BEACH, et al.,<br>    Defendants. | |

    The Court having dismissed the case for failure to prosecute and failure to comply with discovery obligations,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: April 24, 2020

                        Dale S. Fischer
                        United States District Judge